# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY TAYLOR,<br><br>         Plaintiff,<br><br>    v.<br><br>KELLY HARRINGTON, et al.,<br><br>         Defendants.<br>_____/ | CASE NO. 1:10-CV-01390-DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR $5.00 MONTHLY PAYMENT OF FILING FEE<br><br>(DOC. 5) |

Plaintiff Anthony Taylor ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation. Plaintiff is proceeding pro se and in forma pauperis in this civil rights action. On August 19, 2010, Plaintiff filed a motion to make monthly payments in the amount of $5.00 for payment of the $350.00 filing fee. (Doc. 5.) For prisoners proceeding in forma pauperis, the Court is required to deduct payment from the prisoner's account pursuant to statute. *See* 28 U.S.C. § 1915(b)(2) ("[T]he prisoner shall be required to make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account. The agency having custody of the prisoner shall forward payments from the prisoner's account to the clerk of the court each time the amount in the account exceeds $10 until the filing fees are paid.") The Court does not have discretion to grant Plaintiff an alternative payment plan. Accordingly, Plaintiff's motion, filed August 19, 2010, is DENIED.

     IT IS SO ORDERED.

    Dated:    **September 16, 2010**            **/s/ Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE

1