# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY TAYLOR, | CASE NO. 1:10-CV-01390-DLB PC |
| Plaintiff, | ORDER DISREGARDING MOTION OF INQUISITION (DOC. 10) |
| v. | ORDER REGARDING MOTION TO AMEND (DOC. 11) |
| KELLY HARRINGTON, et al., | |
| Defendants. | AMENDED COMPLAINT DUE WITHIN THIRTY DAYS |
| _____/ | |

Plaintiff Anthony Taylor ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On December 9, 2010, Plaintiff filed a "motion of inquisition." Doc. 10. Plaintiff appears to be requesting a status update regarding his case. This Court deals with hundreds of prisoner cases. Status updates will not be provided. *See* First Informational Order ¶ 12, Doc. 2. Plaintiff's motion is HEREBY ORDERED disregarded.

On March 18, 2011, Plaintiff filed a motion to amend his complaint. Doc. 11. A party may amend its pleading once as a matter of course. Fed. R. Civ. P. 15(a). Accordingly, Plaintiff's motion is DISREGARDED as unnecessary. Plaintiff will be required to file his amended complaint within thirty (30) days from the date of service of this order. If Plaintiff does not file an amended complaint, the Court will screen Plaintiff's August 4, 2010 complaint.

IT IS SO ORDERED.

Dated:   **March 22, 2011**        **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1